```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF RHODE ISLAND
_____
                                   )
SAMUEL FUENTES,                    )
                                   )
          Petitioner,              )
                                   )
                                   )
     v.                            )    C.A. No. 18-113 WES
                                   )
STATE OF RHODE ISLAND,             )
                                   )
          Respondent.              )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on July 23, 2018 (ECF No. 12), recommending that the State's Motion to Dismiss (ECF No. 11) be granted and that Fuentes's Amended Habeas Corpus Petition (ECF No. 10) be denied and dismissed. Having reviewed the R&R and the relevant papers, and having heard no objections, the Court ACCEPTS the R&R and adopts its recommendations and reasoning. Therefore, the Court GRANTS the State's Motion to Dismiss (ECF No. 11) and DENIES and DISMISSES Fuentes's Amended Habeas Corpus Petition (ECF No. 10).

IT IS SO ORDERED.

/s/ WESmith
_____
William E. Smith
Chief Judge
Date: August 30, 2018